UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-45162-399 |
| | ) | |
| AL A. CATALANO, | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

## TRUSTEE'S REPORT OF SALE

COMES NOW, Kristin J. Conwell, Trustee, by and through her undersigned counsel, and for her Report of Sale in the above-captioned Estate, states that the Bankruptcy Estate's interest in the real estate known and numbered as 1009 Remington Drive, Imperial, MO 63052-1982 sold on September 8, 2021 for $300,000. A copy of the Settlement Statement from the sale is attached hereto as Exhibit "A" and incorporated herein.

The Trustee's net proceeds from the sale of the real estate were $110,166.46.

Respectfully Submitted,

By: /s/ Gary L. Vincent
Gary L. Vincent, MO #26458
Conwell Law Firm, LLC
PO BOX 56550
Saint Louis, MO 63156
Telephone: (314) 652-1120
trusteeattorney@conwellfirm.com

## Certificate of Service

I certify that a true and correct copy of the foregoing document was filed electronically on September 20, 2021, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, postage fully pre-paid, addressed to those parties listed below on September 20, 2021:

Al A. Catalano
Debtor
13071 Lamel Street
North Edwards, CA 93523

/s/Tricia E. Bannister
Tricia E. Bannister